THADDEUS BETZ, OSB No. 062745
155 NW Hawthorne Ave
Bend, Oregon 97703
Telephone: (541) 389-6964
Facsimile: (541) 389-6969
Email: thadbetz@gmail.com
MARSHA LEVICK, Pa.Bar No. 22535
Juvenile Law Center
1315 Walnut Street, 4th Floor
Philadelphia, PA 19107
Telephone: 215-625-2808
Fax: 215-625-2808
Email: mlevick@jlc.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KIPLAND KINKEL**, | Case No.: 6:11-cv-6244-AA |
| Petitioner, | |
| v. | UNOPPOSED MOTION FOR LEAVE TO FILE AN EXTENDED REPLY |
| **GERALD LONG**, Superintendent, Oregon State Correctional Institution, | |
| Respondent. | |

Petitioner moves this Court for an order granting leave to file an extended reply of

up to 95 pages in response to Respondent's Responses to Petition for Writ of Habeas

Corpus (Dkt. No. 20, Dkt. No. 103). Pursuant to L.R. 7-1(a), counsel for petitioner

Page 1 –   UNOPPOSED MOTION FOR LEAVE TO FILE AN EXTENDED
            REPLY

certifies that counsel for respondent, Samuel A. Kubernick, has been contacted and does not object to this motion.

This motion is made pursuant to L.R. 7-2(b) and the attached declaration of counsel.

DATED: February 25, 2021

                                                            Respectfully submitted,

                                                            S/ THADDEUS BETZ
                                                            THADDEUS BETZ OSB #062745
                                                            Attorney for Petitioner

Page 2 –   UNOPPOSED MOTION FOR LEAVE TO FILE AN EXTENDED
             REPLY