FREDERICK M. BOSS
Deputy Attorney General
SAMUEL A. KUBERNICK  #045562
Assistant Attorney General
SUSAN G. HOWE  #882286
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  Samuel.A.Kubernick@doj.state.or.us
           susan.howe@doj.state.or.us

Attorneys for Respondent

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KIPLAND KINKEL,<br><br>       Petitioner,<br><br>v.<br><br>GERALD LONG,<br><br>       Respondent. | Case No. 6:11-cv-06244-AA<br><br>DECLARATION OF SAMUEL A. KUBERNICK IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME |

I, Samuel A. Kubernick, declare:

1.     I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the State of Oregon.

2.     I am the assigned attorney representing respondent in the above-captioned case.

3.      Petitioner filed his *Motion to Expand the Record* on March 13, 2021.  By the accompanying motion, I am requesting a 14-day extension of time, to and including **April 12, 2021**, within which to file the reply.

4.      This motion is made because respondent believes it necessary to respond to petitioner's filing, and more time is needed to research and prepare the response.  In addition, undersigned counsel is out of the office on pre-scheduled leave for the week of March 22, 2021, and needs additional time following his absence to consult with his supervisor and colleagues regarding petitioner's motion.

5.      Pursuant to Local Rule 7-1(a), counsel for respondent certifies that the attorney for petitioner, Thad Betz, has been contacted and he does not object to this motion.

6.      Therefore, respondent respectfully requests leave to file a reply to petitioner's *Motion to Expand the Record* for a 14-day extension of time, to and including **April 12, 2021**, within which to file the response

DATED March  _23_ , 2021.

Respectfully submitted,

FREDERICK M. BOSS
Deputy Attorney General


_s/ Samuel A. Kubernick_
SAMUEL A. KUBERNICK #045562
Assistant Attorney General
SUSAN G. HOWE #882286
Senior Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4794
Samuel.A.Kubernick@doj.state.or.us
susan.howe@doj.state.or.us
Of Attorneys for Respondent


Page 2 -   DECLARATION OF SAMUEL A. KUBERNICK IN SUPPORT OF UNOPPOSED
           MOTION FOR EXTENSION OF TIME
SAK/rm6/39187668